IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TERRELL MONTIEL MADISON aka NAEOMI KAIOR, | * | |
| | * | |
| Plaintiff, | | Case No. 5:25-cv-00357-CAR-CHW |
| v. | * | |
| SERGEANT SAMANTHA GREENE et al, | * | |
| Defendants. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated 10/5/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of October, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk